# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAYVONNE JAMIE HIGDAY (2), Defendant. | Case No. 18-cr-4913-BAS<br><br>**JUDGMENT & ORDER GRANTING MOTION TO DISMISS INFORMATION**<br><br>**[ECF No. 38]** |

Presently before the Court is the Government's motion to dismiss without prejudice the Information against Defendant Jayvonne Jamie Higday "in the interests of justice and judicial economy." (ECF No. 38.) The Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Defendant Jayvonne Jamie Higday.

**IT IS SO ORDERED.**

DATED: November 28, 2018

Hon. Cynthia Bashant
United States District Judge